[*276]     *BENJAMIN CLAPP agt. ALDEN S. STEVENS.

A motion to change the venue will be denied with costs, where it appears that the defendant's default has been entered for not pleading.  (*See ante, p.* 134.)

*September Term,* 1846.

MOTION by defendant to change the venue.

Defendant moved to change the venue from New-York to Wyoming.

Plaintiff showed that defendant's default had been entered in the cause for not pleading.  It appeared from the papers that the default was entered on the 7th of July last, and that the papers for this motion were served on the 2d of July last.

Brown agt. Seys.

J. H. COLLIER, *defendant's counsel.*
M. FARNHAM, *defendant's attorney.*
A. TABER, *plaintiff's counsel.*
TUCKER & JAMES, *plaintiff's attorneys.*

BRONSON, Chief Justice.   Denied the motion with costs, on the ground that defendant's default had been entered.